IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA LYNN TILLERY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )Civil Action No. 1:06-cv-1046-TFM |
| | )    [wo] |
| MICHAEL ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
|     Defendant. | ) |

**JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, and

pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is

**ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** be, and it is hereby

entered in favor of the Defendant Commissioner and against the Plaintiff, Jessica Lynn

Tillery.

Done this 2nd  day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE